IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| In re: | * | |
| | * | |
| RODERICK MARK VANDERWEYDEN, | * | Case No.: 23-80287-CRJ-13 |
| | * | |
| Debtor. | * | Chapter 13 |
| | * | |
| RODERICK MARK VANDERWEYDEN, | * | |
| | * | |
| Plaintiff, | * | AP No. 23-80069-CRJ |
| | * | |
| v. | * | |
| | * | |
| SHELLEY ANN VANDERWEYDEN, et al., | * | |
| | * | |
| Defendants. | * | |

## MOTION TO DISMISS AMENDED COMPLAINT

COMES NOW Shelley Ann Vanderweyden ("Ms. Vanderweyden"), by and through counsel, and, pursuant to Fed. R. Civ. P. 15(a)(3) and 12(b)(6), as incorporated by Fed. R. Bankr. P. 7015 and 7012(b) respectively, moves that her previously filed Motion to Dismiss Complaint [AP Doc. 15] be renewed as to the Amended Complaint [AP Doc. 20] filed by Debtor Roderick Mark Vanderweyden on August 7, 2023. Ms. Vanderweyden adopts her previously filed Motion to Dismiss Complaint to be incorporated by reference in this Motion to Dismiss Amended Complaint as if fully contained herein.

WHEREFORE, Shelley Ann Vanderweyden respectfully requests that this Honorable Court dismiss the amended adversary complaint filed by the Debtor Roderick Mark Vanderweyden and grant Ms. Vanderweyden such additional relief as she may be entitled.

Dated: August 10, 2023                    Respectfully submitted:

/s/ Angela S. Ary
Angela S. Ary
HEARD, ARY & DAURO, LLC
Attorney for Shelley Ann Vanderweyden
303 Williams Avenue SW
Park Plaza, Suite 921
Huntsville, Alabama 35801
(256) 535-0817
aary@heardlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of August, 2023, I served a copy of the foregoing on the parties listed below by depositing the same in the United States Mail, postage prepaid and properly addressed, or if the party is a registered participant in the CM/ECF System for the United States Bankruptcy Court for the Northern District of Alabama, service has been made by a "Notice of Electronic Filing" pursuant to FRBP 9036 in accordance with subparagraph II.B.4. of the Court's Administrative Procedures.

| | |
|---|---|
| G. John Dezenberg, Jr. | Stanley Dagnal Rowe, Jr |
| Attorney for Debtor/Plaintiff | Attorney for Marcus Helstowski and |
| Dezenberg & Smith, P.C. | McDaniel & McDaniel, LLC |
| 2700 Winchester Road, Suite G | Wilmer and Lee |
| Huntsville, AL 35811 | 100 Washington Street, Suite 100 |
| 256-533-5097 | Huntsville, AL 35801 |
| dezlaw@bellsouth.net | 256-533-0202 |
| | bmorrow@wilmerlee.com |

/s/ Angela S. Ary
Angela S. Ary